**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,         )<br>                                              )<br>           Plaintiff,                    )<br>                                              )<br>vs.                                        )<br>                                              )<br>Michale White Crane,             )<br>aka Darlene Whitaker,           )<br>                                              )<br>           Defendant.                )<br>                                              )<br>_____)  | No. 04-7205M<br><br>**ORDER** |

Pending before the Court is defense counsel's Notice of Withdrawal; and Defendant's Motion for Appointment of Counsel, or in the Alternative to Vacate Release Order (Doc. #8), filed October 13, 2005. Defendant was arrested on December 17, 2004 in the District of Arizona pursuant to an arrest warrant issued from the District of Nevada. On December 23, 2004, Defendant was directed to appear in the District of Nevada, therefore terminating the representation of Mr. Hannah. Defendant was subsequently released from custody in the District of Nevada and supervision was transferred to the District of Arizona. District of Arizona Pretrial Services Officer Gilbert Lara has informed the Court that the Assistant United States Attorney assigned to this matter in the District of Nevada filed a Motion to Dismiss the charges on October 21, 2005. On December 19, 2005, this Court learned that the Motion to Dismiss was granted and the case dismissed in the District of Nevada. Accordingly,

**IT IS HEREBY ORDERED** noting defense counsel's Notice of Withdrawal; and denying Defendant's Motion for Appointment of Counsel, or in the Alternative to Vacate Release Order (Doc. #8), as moot.

DATED this 21st day of December, 2005.

_____
David K. Duncan
United States Magistrate Judge